# DAHIYA LAW OFFICES LLC
*Attorneys*

75 Maiden Lane Suite 506
New York, New York 10038
Tel: 212-766 8000    Fax: 212 766 8001
karam@legalpundit.com

September 29, 2014

Case: Area Plumbing Supply Inc. 341 Meeting of Creditors
Case No. 1-14-44283

Sir/Madam:

    I, the undersigned, counsel for the debtor respectfully notify the parties via email in the above stated matter that the scheduled 341 meeting of creditors for today, i.e. September 29, 2014 has been adjourned to October 10, 2014 at 11 A.M. Please be advised accordingly.

/s/karamvir dahiya
_____
Karamvir Dahiya, Esq.

cc: Enid Nagl
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271
(212) 416-8666
Fax: (212) 416-8672
Email:Enid.Stuart@ag.ny.gov

Ms. Martin Marylou: Marylou.Martin@usdoj.gov