UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:                                                      CASE NO.: 1-14-44283-cec

Area Plumbing Supply Inc.,                                  Chapter: 11

　　　　　　　　Debtor                                       CHIEF JUDGE: CARLA E. CRAIG

## ORDER GRANTING RELIEF
## FROM THE AUTOMATIC STAY

Upon the Application, dated October 31, 2014 (the "Application"), of Park Ave RE LLC (the "Movant"), by its attorneys, Rosicki, Rosicki & Associates, P.C., seeking an Order: (i) modifying and terminating the automatic stay to permit the Movant to exercise all of its rights and remedies with respect to certain collateral consisting of the real properties known as 109-22 101st Avenue, Ozone Park, NY 11419, 109-24 101st Avenue, Ozone Park, NY 11419, and 109-26 101st Avenue, Ozone Park, NY 11419 (the "Premises") and (ii) granting Movant such other and further relief as the Court deems just and proper; and

The Application having come before this Court on January 21, 2015; and opposition to the relief requested having been heard; and in consideration of the foregoing, and upon the affidavit of service filed with the Court, the record made at the hearing on the Application and the decision reached at the conclusion thereof; and after due deliberation, the relief requested appearing reasonable, proper and warranted in fact and by law under Section 362(d)(1) and (2) of the Code to permit Movant to exercise all of its rights and remedies under applicable law with respect to the Premises, it is hereby

**ORDERED** that ~~the Application of Movant is granted modifying~~ ***(CEC)*** the automatic stay ~~to allow~~ ***is hereby modified so that the (CEC)*** Movant, its successors and/or assigns, ~~continue with a foreclosure action and eviction proceeding~~ ***may pursue its rights under applicable law (CEC)*** with respect to the Premises; and it is further

**ORDERED** ~~that the Movant may obtain a determination of any deficiency due it, if allowed under state law, and may file a proof of claim as an unsecured creditor for any such deficiency awarded therein, and it is further~~ ***(CEC)***

**ORDERED** that Movant is stayed from ~~proceeding with setting a new~~ ***taking any action to schedule a*** foreclosure sale***, or from otherwise pursuing foreclosure of the Premises (CEC)*** until seven (7) days after the entry of this order.



Dated: Brooklyn, New York
     January 28, 2015

_____
**Carla E. Craig**
**United States Bankruptcy Judge**