UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

AREA PLUMBING SUPPLY INC.,                Chapter 7
                                          Case No.: 14-44283-cec
                Debtor.
---------------------------------------------------------------x

**APPLICATION FOR THE RETENTION OF CERTILMAN BALIN ADLER & HYMAN, LLP, AS ATTORNEYS FOR THE TRUSTEE**

TO:   THE HONORABLE CARLA E. CRAIG
      CHIEF UNITED STATES BANKRUPTCY JUDGE
      EASTERN DISTRICT OF NEW YORK

The Application of Richard J. McCord, as Chapter 7 Trustee of the above-captioned Debtor respectfully represents as follows:

1. On August 21, 2014, ("Filing Date"), Area Plumbing Supply Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. On April 16, 2015, the case was converted to one under Chapter 7 of the Bankruptcy Code ("Conversion Date") and Richard J. McCord was thereafter appointed as interim Trustee (the "Trustee") of the Debtors estate.

3. As Trustee, I submit this Application to retain the law firm of Certilman Balin Adler & Hyman, LLP ("Certilman"), as counsel for the Trustee given their experience representing Chapter 7 Trustees. I am also a member of Certilman.

4. This Application is made pursuant to 11 U.S.C. §327(a) and E.D.N.Y LBR 2014-1 which requires that an attorney be retained by Order of this Court.

5.      Jaspreet S. Mayall, Esq., and myself as members of Certilman, have had extensive experience in Bankruptcy related proceedings.  We and our associates are needed to assist the Trustee in effectively liquidating the estate, particularly in the areas of unlawful and improper transfers which may have been made during the course of bankruptcy, as well as the general representation of the Trustee before the Bankruptcy Court. Their experience will streamline and effectuate a quick resolution of the case and will allow the Trustee to maximize the assets of the estate for the benefit of creditors.

6.      To the best of applicant's knowledge, Certilman has had no connection with the Debtor or any other party affiliated or connected with the Debtor or their attorney as set forth in the annexed affirmation of Richard J. McCord Esq., a member of Certilman, and is a disinterested person as defined in 11 U.S.C. §101(14).

7.      The Trustee desires to retain counsel because of the extensive legal services which I believe will be required with regard to the liquidation of the estate, review of the books and records of the Debtor to determine if there was any fraudulent conveyances or transfers to insiders, examine Debtor's principals and accountants to determine above, commence any adversary proceedings to seek recovery of assets and represent the Chapter 7 Trustee in all litigation that may arise during the administration of the Estate. Compensation to said firm will be made upon proper application to the Bankruptcy Court in accordance with the provisions of the Bankruptcy Code.

8.      For the reasons set forth in the accompanying Affirmation of Richard J. McCord, Esq. it is respectfully requested that the retention of Certilman, be as of the date I have executed this Application.

9.      No prior application for the relief herein requested has been made to this or any other Court of competent jurisdiction.

**WHEREFORE**, Applicant respectfully requests that the Trustee be authorized to retain Certilman, to represent him in this proceeding under Chapter 7 of the Bankruptcy Code, together with such other and further relief as to this Court may seem just and proper under the circumstances.

Dated: East Meadow, New York
April 20, 2015

        /s/ Richard J. McCord
        RICHARD J. MCCORD, ESQ.
        Chapter 7 Trustee for the estate of
        Area Plumbing Supply Inc.
        90 Merrick Avenue
        East Meadow, New York 11554
        516-296-7801